# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE PATRICK HANEY,** <br> Petitioner, <br> v. <br> W.L. MUNIZ (WARDEN), <br> Respondent. | No. LA CV 17-05040-VBF-JC <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Summarily Dismissing the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Denying a Certificate of Appealability, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent government and against petitioner Bruce Patrick Haney.**

Dated: August 2, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE